UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                    Chapter 11

RGR WATKINS, LLC,                                      Case No. 8:13-bk-12147-KRM

    Debtor.
_____/

RGR WATKINS, LLC,

    Plaintiff,

    vs.                                                                Adv. Proc. No. 8:13-ap-00823

CJUF III ATLAS PORTFOLIO, LLC,
as successor in interest to CSMI INVESTORS
LLC, as successor in interest to BANK OF
AMERICA, N.A.,

    Defendant.
_____/

**AGREED ORDER GRANTING**
**MOTION FOR PRELIMINARY INJUNCTION**

THIS CASE came before the Court for a hearing on September 16, 2013 at 2:00 p.m., for consideration of the *Motion for Preliminary Injunction with Supporting Memorandum of Law and Request for Hearing* (the "**Motion**") (Doc. No. 3) filed by RGR Watkins, LLC (the "**Plaintiff**"). The Court, having reviewed the Motion, and being advised of the agreement of the Plaintiff and CJUF III Atlas Portfolio, LLC, as successor in interest to CSMI Investors LLC, as successor in interest to Bank of America, N.A ("**CJUF**"), and having heard the argument of the United States Trustee, finds that the Motion should be granted. Accordingly, for the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is

**ORDERED** that:

1. The Motion is granted on an interim basis as set forth herein.

2. As further set forth in the Court's *Agreed Order Granting Emergency Motion Pursuant To 11 U.S.C. § 543(D)(1) to Excuse Receiver From Compliance with Turnover Requirements and to Establish Powers and Duties of Receiver* (Doc. No. 44 in the main case), the Receiver shall remain in place until November 15, 2013 or other order of the Court.

3. Until November 15, 2013, or such later date as may be subsequently ordered by the Court, CJUF is enjoined from proceeding in the following actions:

   a. *CJUF III Atlas Portfolio, LLC as Successor in Interest to CMSI Investors, LLC, as Successor in Interest to Bank Of America, Claimant v RGR Watkins, LLC, Respondent*, *RGR Watkins, LLC, Respondent/Counter-Claimant v CJUF III Atlas Portfolio LLC as Successor in Interest to CMSI Investors, LLC, as Successor in Interest to Bank Of America, Claimant/Counter-Respondent,* Case No. 33-104-Y92-12, pending before the American Arbitration Association;

   b. *CJUF III Atlas Portfolio, LLC as Successor in interest to CMSI Investors, LLC, as Successor in Interest to Bank Of America, Plaintiff v RGR Watkins, LLC, Defendant,* Case No. 11-A-1265610, pending in the Gwinnett County Superior Court; provided, however, that the Receiver shall remain in place until November 15, 2013 or other order of the Bankruptcy Court and may act in accordance with the Bankruptcy Court's *Agreed Order Granting Emergency Motion Pursuant To 11 U.S.C. § 543(D)(1) to Excuse Receiver From Compliance with Turnover Requirements and to Establish Powers and Duties of Receiver* (Doc. No. 44 in the bankruptcy case);

   c. *CJUF III Portfolio, LLC, et al., Plaintiff v Robert G. Roskamp, an individual,* Case No. 8:11-cv-2711-T-26AEP pending in the United States District Court for the Middle District of Florida, Tampa Division;

  d. *CJUF III Atlas Portfolio, LLC as Successor in interest to CMSI Investors, LLC, as Successor in Interest to Bank Of America, Plaintiff v North Trail Developments LLC, Defendant,* Case No. 2012-CA-003104-NC, pending in the Sarasota County Circuit Court; and

  e. *CJUF III Atlas Portfolio, LLC as Successor in Interest to CMSI Investors, LLC, as Successor in Interest to Bank Of America, Claimant v Robert G. Roskamp, an individual, Respondent*, *Robert G. Roskamp, an individual, Respondent/Counter-Claimant v CJUF III Atlas Portfolio LLC as Successor in Interest to CMSI Investors, LLC, as Successor in Interest to Bank Of America, Claimant/Counter-Respondent,* Case No. 33-104-Y44-12, pending before the American Arbitration Association (the "**Guarantor Arbitration**"); provided, however, that CJUF may schedule the Guarantor Arbitration for arbitration for a date(s) after mid-January, or such later date as the arbitration panel is available, and may obtain a scheduling order consistent with such date so long as no deadlines or discovery occur prior to November 15, 2013.

4. During the term of this injunction, Robert Roskamp shall not transfer any personal assets outside the ordinary course of business, provided, however that nothing contained herein shall prohibit Mr. Roskamp from paying personal expenses for himself and his wife.

**DONE** and **ORDERED** at Tampa, Florida, on October 10, 2013.

*/s/ K. Rodney May*

K. Rodney May
United States Bankruptcy Judge

Attorney Elena Paras Ketchum is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.