

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/04/2013 03:00 PM

COURTROOM 9B

**HONORABLE K. MAY**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:13-bk-12147-KRM | Chapter 11 | 09/12/2013 |
| **ADVERSARY:** 8:13-ap-00823-KRM | | **Pltf Atty:** Elena P Ketchum |
| | | **Dft Atty:** Denise D Dell-Powell |

**DEBTOR:** RGR Watkins, LLC

**HEARING:**

RGR Watkins, LLC v. CJUF III Atlas Portfolio, LLC

Pretrial on Complaint by RGR Watkins, LLC against CJUF III Atlas Portfolio, LLC. Filing Fee Not Required. Nature of Suit: [72 (Injunctive relief - other)] (Fogarty, Daniel) Doc #1

**APPEARANCES:**:
Amy Harris and Alex Haddad.

**RULING:**
Pretrial on Complaint by RGR Watkins, LLC against CJUF III Atlas Portfolio, LLC. Filing Fee Not Required. Nature of Suit: [72 (Injunctive relief - other)] (Fogarty, Daniel) Doc #1 - Cont'd to 12/5/2013 at 3:00 pm; Announced in open court; no further notice given.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.